

# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2023

No. 04-23-00061-CV

Katia N. **ALMAGEUR**,
Appellant

v.

Amelia **IBARRA**,
Appellee

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 2022CV00660
Honorable Gloria Saldaña, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

It is so **ORDERED** on May 31, 2023.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2023.

_____
Michael A. Cruz, Clerk of Court